1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   VINCENT J. SOTTOSANTI
3  JONATHAN B. GRANOFF
   Assistant U.S. Attorneys
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: Vincent.Sottosanti@usdoj.gov
          Jonathan.Granoff@usdoj.gov
7
   Attorneys for Plaintiff

Case 4:24-cr-00927-AMM-MSA   Document 142   Filed 12/18/24   Page 1 of 9

FILED
2024 DEC 18 PM 3:47
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **SUPERSEDING INDICTMENT** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 1344 and 1349 (Conspiracy to Commit Bank Fraud) Count 1 |
| 1. Armani Ryan Purandah, a/k/a "the Doctor," and "Bil" (Counts 1-8) | 18 U.S.C. § 1028A (Aggravated Identity Theft) Counts 2 – 7 |
| 2. Rashawn Lascells Gray, a/k/a "Bumpy," and "Lance Stephenson" (Counts 1, 2, 4-7) | 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) Count 8 |
| 3. Tyshaun Deandre Ripley, a/k/a "Robert" and "G" (Counts 1, 3-8) | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) 982(a)(2), 28 U.S.C. § 2461(C) |
| 4. Awilda Reyes (Counts 1, 4-7) | Forfeiture Allegation |
| 6. Richard Modou Bah, a/k/a "BMW," "Scritch," and "Sam" (Counts 1, 3-8) | CR-24-00927-TUC-AMM(MSA) |
| 7. Avante Chad Purandah, a/k/a "P" (Counts 1, 4-7) | |

| | |
|---|---|
| 8. Sekhou Oumar Cisse, a/k/a "Stretch"<br>(Counts 1, 4-8)<br><br>9. Saeed Enrique Langdon<br>(Counts 1, 4-7)<br><br>10. Michelle Veronica Quinones<br>(Counts 1, 3-7)<br><br>11. Muhammed Drammeh, "Moe G" and "Moe Blacc"<br>(Counts 1-7)<br><br>Defendants. | **(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

## COUNT 1
**Conspiracy to Commit Bank Fraud**
**[18 U.S.C. § 1349]**

1. From a time unknown but at least from January 2021, and continuing through at least January 2024, near Tucson, in the District of Arizona and elsewhere, the defendants, Armani Ryan PURANDAH (a/k/a "the Doctor," and "Bil"), Rashawn Lascells GRAY (a/k/a "Bumpy," and "Lance Stephenson"), Tyshaun Deandre RIPLEY (a/k/a "Robert" and "G"), Awilda REYES (a/k/a "Auntie"), Richard Modou BAH (a/k/a "BMW," "Skitch," and "Sam"), Avante Chad PURANDAH (a/k/a "P"), Sekhou Oumar CISSE (a/k/a "Stretch"), Saeed LANGDON, Michelle Veronica QUINONES, and Muhammed DRAMMEH (a/k/a "Moe G" and "Moe Blacc"), and others involved (herein referred to as "co-conspirators"), knowingly, and intentionally combined, confederated and agreed with each other to commit an ongoing Conspiracy to Commit Bank Fraud. The co-conspirators knowingly executed, and attempted to execute, a scheme or artifice to: (1) defraud various federally insured financial institutions; and (2) obtain any money, funds, credits, assets, securities, or other property owned by or under the custody or control of such financial

institutions, by means of material false and fraudulent pretenses, representations, or promises, all in violation of Title 18, United States Code, Sections, 1344 and 1349.

**Object/Manner/Means of the Conspiracy/Scheme to Defraud**

2. The co-conspirators engaged in a scheme that targeted victims and federally insured financial institutions across the United States to include Arizona, and elsewhere. The co-conspirators knew that the object of the conspiracy was to defraud victims and financial institutions. The co-conspirators entered the conspiracy to further its unlawful purpose. In furtherance of the conspiracy, the co-conspirators unlawfully and without authorization used individual victims' personal identifying information and fraudulent identifications to open phony business accounts linked to the victims' legitimate bank accounts held at financial institutions. The co-conspirators unlawfully and without authority transferred the victims' funds from the victims' legitimate bank accounts to fraudulent business accounts controlled by the co-conspirators and used victims' funds without their knowledge or lawful authority. On at least one occasion the co-conspirators used a stolen victim's identification to rent an apartment and fraudulently open a utility account in furtherance of and to conceal the bank fraud conspiracy.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

## COUNT 2
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]

3. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

4. On or about July 24, 2021, in the District of Arizona, near Mesa, AZ, defendants Armani Ryan PURANDAH, Rashawn Lascells GRAY, and Muhammed DRAMMEH did knowingly transfer, possess, and use without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and 1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the means of identification belonged to

another actual person, to wit: personal identifiable information ("PII") and fraudulent identification belonging to victim A.V.

All in violation of Title 18, United States Code, Section 1028A.

### COUNT 3
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]

5. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

6. On or about April 16, 2022, in Tustin, CA, defendants Armani Ryan PURANDAH, Tyshaun Deandre RIPLEY, Richard Modou BAH, Michelle Veronica QUINONES, and Muhammed DRAMMEH did knowingly transfer, possess, and use without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and 1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the means of identification belonged to another actual person, to wit: personal identifiable information ("PII") and fraudulent identification belonging to victim M.R.

All in violation of Title 18, United States Code, Section 1028A.

### COUNT 4
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]

7. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

8. From on or about April 20, 2023 to May 10, 2023 in the District of Arizona, near Tucson, defendants Armani Ryan PURANDAH, Rashawn Lascells GRAY, Tyshaun Deandre RIPLEY, Awilda REYES, Richard Modou BAH, Avante Chad PURANDAH, Sekhou Oumar CISSE, Saeed Enrique LANGDON, Michelle Veronica QUINONES, and Muhammed DRAMMEH did knowingly transfer, possess, and use without lawful authority, a means of identification of another person, during and in relation to a felony

violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and 1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the means of identification belonged to another actual person, to wit: personal identifiable information ("PII") and fraudulent identification belonging to victim T.F.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 5
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]

9. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

10. From on or about April 24, 2023 to on about May 1, 2023 in Blackhawk, CO, defendants Armani Ryan PURANDAH, Rashawn Lascells GRAY, Tyshaun Deandre RIPLEY, Awilda REYES, Richard Modou BAH, Avante Chad PURANDAH, Sekhou Oumar CISSE, Saeed Enrique LANGDON, Michelle Veronica QUINONES, and Muhammed DRAMMEH did knowingly transfer, possess, and use without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and 1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the means of identification belonged to another actual person, to wit: personal identifiable information ("PII") and fraudulent identification belonging to victim K.M.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 6
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]

11. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

12. From on or about December 1, 2023 to December 11, 2023, in the District of Arizona, near Casa Grande, defendants Armani Ryan PURANDAH, Rashawn Lascells

1  GRAY, Tyshaun Deandre RIPLEY, Awilda REYES, Richard Modou BAH, Avante Chad
2  PURANDAH, Sekhou Oumar CISSE, Saeed Enrique LANGDON, Michelle Veronica
3  QUINONES, and Muhammed DRAMMEH did knowingly transfer, possess, and use
4  without lawful authority, a means of identification of another person, during and in relation
5  to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and
6  1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the
7  means of identification belonged to another actual person, to wit: personal identifiable
8  information ("PII") and fraudulent identification belonging to victim R.W.
9      All in violation of Title 18, United States Code, Section 1028A.

## COUNT 7
### Aggravated Identity Theft
### [Title 18 U.S.C. § 1028A]

13. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

14. From on or about January 13, 2023 to February 27, 2023, in the District of Arizona, near Phoenix, defendants Armani Ryan PURANDAH, Rashawn Lascells GRAY, Tyshaun Deandre RIPLEY, Awilda REYES, Richard Modou BAH, Avante Chad PURANDAH, Sekhou Oumar CISSE, Saeed Enrique LANGDON, Michelle Veronica QUINONES, and Muhammed DRAMMEH did knowingly transfer, possess, and use without legal authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. §§ 1344 and 1349, Conspiracy to Commit Bank Fraud as charged in Count 1 above, knowing that the means of identification belonged to another actual person, to wit: personal identifiable information ("PII") and fraudulent identification belonging to victim C.O.

    All in violation of Title 18, United States Code, Section 1028A.

## COUNT 8
### Conspiracy to Commit Money Laundering
### [18 U.S.C. § 1956(h)]

15. The factual allegations in paragraphs 1 and 2 of this indictment are incorporated by reference.

16. From a time unknown but at least from January 2021, and continuing through at least January 2024, near Tucson, in the District of Arizona and elsewhere, the defendants Armani Ryan PURANDAH, Tyshaun Deandre RIPLEY, Richard Modou BAH, and Sekhou Oumar CISSE knowingly and intentionally combined, conspired, and agreed with each other and other persons known and unknown, to commit an offense against the United States, to wit: knowingly conduct and attempt to conduct financial transactions involving property that represented the proceeds of bank fraud, in violation of Title 18, United States Code, Sections 1344, knowing that the property represented the proceeds of some form of illegal activity, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity.

17. Defendants entered a conspiracy to launder portions of the fraudulent proceeds derived from the bank fraud scheme as referenced in in Count 1 of this indictment. The defendants used individuals referred to as "heads" as straw persons to open fraudulent business accounts. The co-conspirators directed these individuals to withdraw the fraudulent proceeds from various financial institutions and casinos. Portions of the fraudulent proceeds were deposited or transferred into separate fraudulent "operating accounts." The co-conspirators used fraudulent shell corporations to run the operating accounts. In most instances, the operating accounts were opened using the identity of an individual unknowing victim. The co-conspirators knowingly conducted and attempted to conduct financial transactions with knowledge that the property represented the proceeds of the bank fraud scheme. The co-conspirators entered into an agreement to conduct these transactions at least in part to conceal and disguise the nature, locations, source, ownership, and control of the fraudulent proceeds of the bank fraud scheme. The defendants knew the object of the agreement and conspiracy was to launder the fraudulent proceeds. Defendants joined such agreement with the intent to further its unlawful purpose.

1     All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

18. Upon conviction of the offense in violation of Title 18, United States Code, Section 1349, as set forth in Count One of this Indictment, defendants, Armani Ryan PURANDAH, Rashawn L. GRAY, Tyshaun Deandre RIPLEY, Awilda REYES, Richard M. BAH, Avante Chad PURANDAH, Sekhou CISSE, Saeed LANGDON, Michelle Veronica QUINONES, and Mohammed DRAMMEH shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of said violation, including, but not limited to, $28,305.00 in United States currency, and $10,000.00 in money orders, which constitutes or is derived from proceeds traceable to the offenses.

19. Upon conviction of the violations of Title 18, United States Code, Section 1956(h), as set forth in Count Eight of this Indictment, defendant, Armani Ryan PURANDAH, Tyshaun Deandre RIPLEY, Richard Modou BAH, and Sekhou Oumar CISSE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all right, title, and interest in any property, real or personal, involved in such offense, or property traceable to such property.

20. If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the

value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: December 18, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

VINCENT J. SOTTOSANTI
JONATHAN B. GRANOFF
Assistant U.S. Attorneys